THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DAYTON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of the crime of assault in

the third degree, reversed on the law, the information dismissed, and bail exonerated. In our opinion, the guilt of the defendant was not proved beyond a reasonable doubt. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.